## Commonwealth *v.* Scott, Appellant.

Submitted December 2, 1974. *Nolan N. Atkinson, Jr.,* and *Zack, Myers and Atkinson,* for appellant; *Edward M. Keating, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.